NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SECRETARY OF THE ARMY,**
*Appellant*

v.

**KIEWITPHELPS,**
*Appellee*

---

2023-1842

---

Appeal from the Armed Services Board of Contract Appeals in No. 61184, Administrative Judge Richard Shackleford, Administrative Judge Lis B. Young, Administrative Judge Owen C. Wilson.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

August 8, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 8, 2023